UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIGUEL SANCHEZ, | CASE NO. CV 08-1554-SVW (AJW) |
| Petitioner, | JUDGMENT |
| v. | |
| ANTHONY HEDGPETH, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: April 13, 2011

_____
Stephen V. Wilson
United States District Judge